IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRLA PALMA,

        Plaintiff,

  v.

HOMECOMINGS, et al.,

        Defendants

No. C-08-4780 MMC

**ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR TEMPORARY RESTRAINING ORDER**

Before the Court is plaintiff Mirla Palma's "Request for Temporary Restraining Order," filed December 11, 2008, by which plaintiff seeks an order "preventing plaintiff from being moved out his/her property until such time the jury and court rendered their final disposition regarding the complaint filed in this court on December 11, 2008."[1] Having read and considering plaintiff's request, the Court rules as follows.

Plaintiff's request is, in all material respects, identical to a request filed October 17, 2008, which request was denied by order filed December 2, 2008. As a result, plaintiff's second request is deficient for the reasons set forth in the Court's December 2, 2008 order.

Accordingly, for the reasons stated in the Court's December 2, 2008 order, plaintiff's second request for a temporary restraining order is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 18, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] On December 11, 2008, plaintiff filed a First Amended Complaint.